UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,
    Petitioner,

vs.                                          Case No.:  1:25cv294/MCR/ZCB

SECRETARY OF FLORIDA DEPARTMENT
OF FAMILIES AND CHILDREN SERVICES,
    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on September 23, 2025.  *See* ECF No. 3.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. The habeas petition under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** without prejudice.

1

3. All pending motions are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**